19 A.3d 476

IN THE MATTER OF NATHAN SNYDER, AN ATTORNEY
AT LAW (ATTORNEY NO. 034171990).

June 3, 2011.

## ORDER

**NATHAN SNYDER** of **VOORHEES,** who was admitted to the bar of this State in 1990, having been ordered by this Court on

---

June 2, 2010, to perform three-way reconciliations of his attorney trust accounts on a monthly basis for a period of six months, after which the Court would dismiss the complaint in District Docket No. XIV–2008–0486E;

And the Office of Attorney Ethics having reported to the Court that respondent has complied with the conditions set forth in the Court's Order, and good cause appearing;

It is ORDERED that the formal complaint in District Docket No. XIV–2008–0486E, is hereby dismissed.